THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIANNA RICHARDS and JANE WANGARI, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SCHOEN TRUST COMPANY, as Successor Administrator of THE ESTATE OF EUGENE E. HENSELER and as Trustee of the HENSELER LIVING TRUST,<br><br>Defendant. | NO. 2:22−cv−00878−TL<br><br>**ORDER GRANTING STIPULATION REGARDING EXTENSION OF AMENDED PLEADINGS DEADLINE** |

The Court, having considered the Parties' Stipulation Regarding Extension of Amended Pleadings Deadline, finds good cause to EXTEND the Amended Pleadings Deadline to October 28, 2022.

IT IS SO ORDERED.

Dated this 26th day of October 2022.

_____
Tana Lin
United States District Judge

ORDER GRANTING STIPULATION
REGARDING EXTENSION OF AMENDED
PLEADINGS DEADLINE
CASE NO.: 2:22−cv−00878−TL
Page 1 of 1