Judge Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| RIANNA RICHARDS AND JANE WANGARI, individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCHOEN TRUST COMPANY, as Successor Administrator of THE ESTATE OF EUGENE E. HENSELER, and as Trustee of the HENSELER LIVING TRUST,<br><br>    Defendant. | NO. 2:22-cv-00878-TL<br><br>ORDER STRIKING CASE SCHEDULING DEADLINES AND PENDING MOTIONS<br><br><br><br>[PROPOSED] |

THIS MATTER comes before the Court on the parties' Notice of Settlement Subject to Court Approval and Stipulation to Strike Case Scheduling Deadlines and Pending Motions ("Stipulation"). Dkt. No. 29.

The Court, having considered the Stipulation and in light of the parties' settlement, hereby ORDERS:

(1) The Parties' stipulated motion (Dkt. No. 29) is GRANTED.

ORDER STRIKING CASE SCHEDULING
DEADLINES AND PENDING MOTIONS
- 1
(No. 2:22-cv-00878-TL)

(2) All existing case scheduling deadlines and pending motions in this matter are STRICKEN.

(3) The Parties are DIRECTED to submit a motion for settlement approval within **sixty (60) days** of this Order.

IT IS SO ORDERED.

DATED this 17th day of February 2023.

Tana Lin
United States District Judge

ORDER STRIKING CASE SCHEDULING
DEADLINES AND PENDING MOTIONS
- 2
(No. 2:22-cv-00878-TL)