THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIANNA RICHARDS and JANE WANGARI, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SCHOEN TRUST COMPANY, as Successor Administrator of THE ESTATE OF EUGENE E. HENSELER and as Trustee of the HENSELER LIVING TRUST,<br><br>Defendant. | NO. 2:22-cv-00878-TL<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND ORDER APPROVING SETTLEMENT AND VACATING JUDGMENT**<br><br>NOTE ON MOTION CALENDER: April 6, 2023 |

On April 5, 2023, this Court entered an Order granting the Parties' Joint Motion for Approval of FLSA Release and Settlement, thereby approving the parties' settlement agreement. Dkt. No. 34. As part of the Order, the Court dismissed plaintiffs' claims with prejudice, and issued a Judgment that same day dismissing plaintiffs' claims with prejudice. Dkt. Nos. 34-35.

The settlement agreement approved by the Court states that for plaintiffs to receive the agreed upon settlement funds and thereby release their claims at issue, two conditions must be met: (1) approval by this Court of the settlement agreement; and (2) the lapse of appeal rights of an approval of the settlement agreement by the Superior Court of King County, as set forth in

paragraphs four and five of the agreement . *See* Dkt. No. 33 at 7-8. If the second condition is not met the settlement agreement "shall be void and of no legal effect." *Id*.

By approving the settlement agreement, this Court has met the first condition. However, the parties confirm that, to date, the King County Superior Court has not yet reviewed or approved the settlement agreement. The parties anticipate that the King County Superior Court will review the settlement agreement and hopefully decide whether to approve it by June 30, 2023.

In the interim, and as per the approved settlement agreement states, the parties agree that plaintiffs' claims should not be dismissed with prejudice until after the second condition in the settlement agreement has been met.

## I. STIPULATION

The Parties agree it is appropriate for the Court to amend the Order and vacate the Judgment at this time, and respectfully request that the Order be amended to:

(i) Not dismiss plaintiffs' claims; and

(ii) Stay the proceedings until the parties confirm whether the second condition in the settlement agreement has been met.

IT IS SO STIPULATED.

Respectfully submitted this 6th day of April, 2023.

| | |
|---|---|
| **REKHI & WOLK, P.S.** | **MONTGOMERY PURDUE PLLC** |
| By: *s/ Gregory Wolk* <br> Gregory A. Wolk, WSBA No. 28946 <br> Hardeep S. Rekhi, WSBA No. 34579 <br> 529 Warren Avenue North, Suite 201 <br> Seattle, WA  98109 <br> Telephone:  206.388.5887 <br> Fax:  206.577.3924 <br> E-mail:  hardeep@rekhiwolk.com <br> E-mail:  greg@rekhiwolk.com | By: */s/Benjamin I. VandenBerghe* <br> Benjamin I. VandenBerghe, WSBA #35477 <br> Henry G. Ross, WSBA #51591 <br> 701 Fifth Avenue, Suite 5500 <br> Seattle, WA 98104 <br> Telephone: (206) 682-7090 <br> Fax: (206) 625-9534 <br> Email: biv@montgomerypurdue.com <br> Email: hross@montgomerypurdue.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## II.  ORDER

Pursuant to the Parties' stipulated motion (Dkt. No. 36), which notes that dismissal of their claims and the issuance of a judgment is premature given that their settlement remains pending and not final, it is hereby ORDERED:

(1) The Parties' stipulated motion (Dkt. No. 36) to amend the Court's prior order is GRANTED.

(2) The Court's Order Granting Parties' Joint Motion for Approval of FLSA Release and Settlement (Dkt. No. 34) is VACATED in part. The Court approves the Parties' proposed settlement release and agreement but withdraws the dismissal of Plaintiffs' claims.

(3) The judgment (Dkt. No. 35) dismissing Plaintiffs' claims with prejudice is VACATED.

(4) This matter is STAYED pending the Parties' finalization of their settlement agreement.

(5) The Parties are DIRECTED to notify the Court of the status of the finalization of the settlement agreement by no later than **June 30, 2023**.

IT IS SO ORDERED.

Dated this 10th day of April 2023.

Tana Lin
United States District Judge