UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIANNA RICHARDS et al, <br><br> Plaintiffs, <br><br> v. <br><br> SCHOEN TRUST COMPANY, <br><br> Defendant. | CASE NO. 2:22-cv-00878-TL <br><br> ORDER TO SHOW CAUSE |

This matter is before the Court *sua sponte*.

The Parties notified the Court of their settlement of the dispute on February 16, 2023. Dkt. No. 29. The Court struck all deadlines and pending motions (Dkt. No. 30) and granted the Parties' subsequent joint motion for approval of the settlement (Dkt. Nos. 31, 34). Given the Parties' request to delay the entry of judgment until obtaining approval from the King County Superior Court, the Court stayed this matter. Dkt. No. 37. On June 29, 2023, the Parties notified the Court that approval from the King County Superior Court had been obtained and that the

Parties expected to stipulate to a dismissal by August 1, 2023. Dkt. No. 38. This anticipated deadline has passed, with no further update or action from the Parties.

Accordingly, the Parties are ORDERED TO SHOW CAUSE why this matter should not be dismissed without prejudice and without fees or costs awarded. The Parties may file a response jointly or separately within **seven (7) days** of this Order.

Dated this 16th day of August 2023.

Tana Lin
United States District Judge