THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RIANNA RICHARDS and JANE WANGARI, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SCHOEN TRUST COMPANY, as Successor Administrator of THE ESTATE OF EUGENE E. HENSELER and as Trustee of the HENSELER LIVING TRUST,<br><br>Defendant. | NO. 2:22−cv−00878−TL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, and the Court deeming itself fully advised in all matters, does hereby order, pursuant to the Parties' stipulated motion for dismissal (Dkt. No. 40):

IT IS SO ORDERED that the stipulated motion for dismissal (Dkt. No. 40) is GRANTED, all of Plaintiffs' claims and causes of action against Defendant Schoen Trust Company are hereby DISMISSED with prejudice and without assessment by the Court of costs or attorney's fees to any party, and the case is CLOSED.

//

The Court's pending Order to Show Cause (Dkt. No. 39) is STRICKEN as moot.

Dated this 17th day of August 2023

Tana Lin
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE
CASE NO.: 2:22−cv−00878−TL
Page 2 of 2